## Notice Recipients

District/Off: 0860–4  User: admin  Date Created: 4/8/2025
Case: 4:25–bk–11165  Form ID: 309C  Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jagco, Inc. | 1939 Hiram Road | Heber Springs, AR 72543 | |
| ust | U.S. Trustee (ust) | Office Of U. S. Trustee | 200 W Capitol, Ste. 1200 | Little Rock, AR 72201 |
| tr | Hamilton M Mitchell | Chapter 7 Panel Trustee | 1204 N Polk St | Little Rock, AR 72205 |
| aty | Kyle Havner | Havner Law Firm PA | PO Box 21539 | WHITE HALL | White Hall, AR 71612 |
| 7096695 | Charles & Bobbye Buford | 1939 Hiram Road | Heber Springs, AR 72543 | |
| 7096696 | Department of Workforce Serv. | Attn:Legal Division | PO Box 8040 | Little Rock, AR 72203 |
| 7096697 | First Natural State Bank | 500 North Second | P. O. Box 728 | McGehee, AR 71654 |
| 7096698 | IPFS | PO Box 730223 | Dallas, TX 75373 | |
| 7096699 | IRS Special Procedures | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 7096700 | Legal Division–dfa | Department of Finance & Admin. | Room 2380 | PO Box 1272 | Little Rock, AR 72203 |

TOTAL: 10