United States Bankruptcy Court
Eastern District of Arkansas

| | |
|---|---|
| In re: | Case No. 25-11165-pmj |
| Jagco, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: 309C | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jagco, Inc., 1939 Hiram Road, Heber Springs, AR 72543-8276 |
| 7096695 | + | Charles & Bobbye Buford, 1939 Hiram Road, Heber Springs, AR 72543-8276 |
| 7096697 | + | First Natural State Bank, 500 North Second, P. O. Box 728, McGehee, AR 71654-0728 |
| 7096698 | + | IPFS, PO Box 730223, Dallas, TX 75373-0223 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: havnerlaw@gmail.com | Apr 08 2025 22:55:00 | Kyle Havner, Havner Law Firm PA, PO Box 21539, WHITE HALL, White Hall, AR 71612 |
| tr | + | EDI: FHMMITCHELL | Apr 09 2025 02:32:00 | Hamilton M Mitchell, Chapter 7 Panel Trustee, 1204 N Polk St, Little Rock, AR 72205-1737 |
| ust | + | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | Apr 08 2025 22:56:00 | U.S. Trustee (ust), Office Of U. S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 7096696 | + | Email/Text: kristina.jacks@arkansas.gov | Apr 08 2025 22:57:00 | Department of Workforce Serv., Attn:Legal Division, PO Box 8040, Little Rock, AR 72203-8040 |
| 7096699 | | EDI: IRS.COM | Apr 09 2025 02:32:00 | IRS Special Procedures, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7096700 | + | EDI: ARKDEPREV.COM | Apr 09 2025 02:32:00 | Legal Division-dfa, Department of Finance & Admin., Room 2380, PO Box 1272, Little Rock, AR 72203-1272 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: 309C | Total Noticed: 10 |
| Date: Apr 10, 2025 | Signature:   /s/Gustava Winters | |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hamilton M Mitchell | hamiltonmosesmitchell@gmail.com  hmm@trustesolutions.net |
| Kyle Havner | on behalf of Debtor Jagco  Inc. havnerlaw@gmail.com, kathyhavner@gmail.com;havnerlawfirmecf@gmail.com;r43846@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Kent.H.Johnson@usdoj.gov;saronda.t.gillespie@usdoj.gov;robert.s.baber@usdoj.gov;kathryn.a.strauss@usdoj.gov;Donna.Poullos@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Jagco, Inc.**<br>Name | EIN | **27–2124212** |
| United States Bankruptcy Court | **Eastern District of Arkansas** | Date case filed for chapter | **7   4/7/25** |
| Case number: | **4:25–bk–11165** | Judge: | **Phyllis M. Jones** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.** The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jagco, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1939 Hiram Road<br>Heber Springs, AR 72543 | |
| 4. | **Debtor's attorney**<br>Name and address | Kyle Havner<br>Havner Law Firm PA<br>PO Box 21539<br>WHITE HALL<br>White Hall, AR 71612 | Contact phone 870–534–1803<br><br>Email:  havnerlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Hamilton M Mitchell<br>Chapter 7 Panel Trustee<br>1204 N Polk St<br>Little Rock, AR 72205 | Contact phone 501–425–3431<br><br>Email:<br>hamiltonmosesmitchell@gmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case should be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street<br>Little Rock, AR 72201<br>OR<br>35 E. Mountain St. Rm 316<br>Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m.<br><br>Contact phone: 501–918–5500 or 479–582–9800<br><br>Date: 4/8/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 13, 2025 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 929–786–2965, and Passcode 8225432478 OR Call, 1–501–409–6571**<br><br>**For additional meeting information go to www.areb.uscourts.gov/trustee–info or www.justice.gov/ust/moc** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **10. Intent to abandon** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**