Form ncont341

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

---

In Re:  Jagco, Inc.
       Debtor

                      Case No.: 4:25−bk−11165
                      Chapter: 7
                      Judge: Phyllis M. Jones
                      Trustee: Hamilton M Mitchell
                      Chapter 7 Panel Trustee
                      1204 N Polk St
                      Little Rock, AR 72205
                      501−425−3431

---

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 6/11/25, 02:00 PM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 929−786−2965, and Passcode 8225432478 OR Call, 1−501−409−6571

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 5/13/25

                                                          Linda McCormack, Clerk