# Notice Recipients

District/Off: 0860−4     User: admin     Date Created: 5/13/2025
Case: 4:25−bk−11165     Form ID: ncont341     Total: 10

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Hamilton M Mitchell     hamiltonmosesmitchell@gmail.com
aty     Kyle Havner     havnerlaw@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jagco, Inc.     1939 Hiram Road     Heber Springs, AR 72543
7096695     Charles & Bobbye Buford     1939 Hiram Road     Heber Springs, AR 72543
7096696     Department of Workforce Serv.     Attn:Legal Division     PO Box 8040     Little Rock, AR 72203
7096697     First Natural State Bank     500 North Second     P. O. Box 728     McGehee, AR 71654
7096698     IPFS     PO Box 730223     Dallas, TX 75373
7096699     IRS Special Procedures     Centralized Insolvency     Operations     PO Box 7346     Philadelphia, PA 19101−7346
7096700     Legal Division−dfa     Department of Finance & Admin.     Room 2380     PO Box 1272     Little Rock, AR 72203

TOTAL: 7