United States Bankruptcy Court
Eastern District of Arkansas

| | |
|---|---|
| In re: | Case No. 25-11165-pmj |
| Jagco, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: ncont341 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jagco, Inc., 1939 Hiram Road, Heber Springs, AR 72543-8276 |
| 7096695 | + | Charles & Bobbye Buford, 1939 Hiram Road, Heber Springs, AR 72543-8276 |
| 7096697 | + | First Natural State Bank, 500 North Second, P. O. Box 728, McGehee, AR 71654-0728 |
| 7096698 | + | IPFS, PO Box 730223, Dallas, TX 75373-0223 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7096696 | + | Email/Text: kristina.jacks@arkansas.gov | May 13 2025 22:06:00 | Department of Workforce Serv., Attn:Legal Division, PO Box 8040, Little Rock, AR 72203-8040 |
| 7096699 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2025 22:05:00 | IRS Special Procedures, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7096700 | + | Email/Text: michelle.baker@dfa.arkansas.gov | May 13 2025 22:04:00 | Legal Division-dfa, Department of Finance & Admin., Room 2380, PO Box 1272, Little Rock, AR 72203-1272 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 15, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:**

| District/off: 0860-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: ncont341 | Total Noticed: 7 |

| Name | Email Address |
|---|---|
| Hamilton M Mitchell | hamiltonmosesmitchell@gmail.com  hmm@trustesolutions.net |
| Kyle Havner | on behalf of Debtor Jagco  Inc. havnerlaw@gmail.com, kathyhavner@gmail.com;havnerlawfirmecf@gmail.com;r43846@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Kent.H.Johnson@usdoj.gov;saronda.t.gillespie@usdoj.gov;robert.s.baber@usdoj.gov;kathryn.a.strauss@usdoj.gov;Donna.Poullos@usdoj.gov |

TOTAL: 3

Form ncont341

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Jagco, Inc.
Debtor

Case No.: 4:25-bk-11165
Chapter: 7
Judge: Phyllis M. Jones
Trustee: Hamilton M Mitchell

Chapter 7 Panel Trustee
1204 N Polk St
Little Rock, AR 72205
501-425-3431

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 6/11/25, 02:00 PM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 929-786-2965, and Passcode 8225432478 OR Call, 1-501-409-6571

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 5/13/25

Linda McCormack, Clerk