IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: JAGCO, INC. (CH. 7)
Debtor 4:25-BK-11165

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010(b), the Hashem Law Firm, PLC, attorneys at law, hereby file their notice of appearance on behalf of First NaturalState Bank, a creditor in these bankruptcy proceedings. Hashem Law Firm also requests that all notices under Fed. R. Bankr. P. 2002, and all other applicable law, be sent to the following address:

John A. Singleton
HASHEM LAW FIRM, P.L.C.
P.O. Box 739
Monticello, AR 71657

Respectfully submitted,

HASHEM LAW FIRM, PLC
Attorneys for First NaturalState Bank
P.O. Box 739
437 W. Conrad St.
Monticello, AR 71657
(870) 367-4223 Telephone
(870) 367-4299 Facsimile

By: /s/ John A. Singleton
John A. Singleton
Ark. Bar No. 2016191
Email: jasingleton@hashemlawfirm.com

## CERTIFICATE OF SERVICE

I, John A. Singleton, attorney for Creditor, First NaturalState Bank, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice has been *emailed Via ECF Electronic Delivery* to Kyle Havner, PO Box 21539, White Hall, AR 71612, and all other creditors and parties of interest, on this 20th day of May, 2025.

/s/ John A. Singleton
JOHN A. SINGLETON